IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CENTER POINTE SLEEP ASSOCIATES, ) CIVIL ACTION: 8-1168
LLC, )
 )
 Plaintiff, ) JUDGE _____
 )
vs. )
 )
JUDITH L. PANIAN, )
 )
 Defendant. )

## ORDER

AND NOW, this 22nd day of August, 2008, upon consideration of the Motion for Temporary Restraining Order and/or Preliminary Injunction filed by Plaintiff, Center Pointe Sleep Associates, LLC ("Center Pointe"), and the response of the Defendant, Judith L. Panian ("Panian"), it is hereby ORDRED, ADJUDGED and DECREED that said motion is GRANTED. The Court hereby ORDERS as follows:

a. Panian is immediately BARRED and ENJOINED from using for herself or any other business or entity any data, documents, trade secrets and/or proprietary or confidential information of Center Pointe, including, but not limited to marketing plans, strategy and information, customer lists, pricing information, cost information, client contacts, and/or any other confidential and proprietary information;

b. Panian is ORDERED to restore, return and account for any and all trade secrets and/or confidential information of Center Pointe in her possession or control to Center Pointe's counsel within three (3) days of the date of this order;

c. A hearing on a preliminary injunction is scheduled before the undersigned for Sept. 26, 2008, at 1:00 p.m.; —4:00 P.M

d. Plaintiff shall post an appropriate bond of other security in the amount of $10.00 with the Clerk of Court.

BY THE COURT:

_____
United States District Judge